IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

IRL L. SPENCE                                                              PLAINTIFF

       v.                              CIVIL NO. 05-3059

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                            DEFENDANT

## J U D G M E N T

     Now on this 2nd day of October, 2006, comes on for consideration the Report and

Recommendation dated September 5, 2006, by the Honorable Beverly Stites Jones, United States

Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without

objections being filed by the parties. The Court has reviewed this case, and being well and

sufficiently advised, finds that the Report and Recommendation is proper and should be adopted

in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; reverses

the decision of the Commissioner; and remands this case to the Commissioner for further

consideration pursuant to sentence four of 42 U.S.C. § 405(g).

     If plaintiff wishes to request an award of attorney's fees and cost under the Equal Access

to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up until 30 days after the

judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended. *See*

*Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§

2412(d)(1)(B),(d)(2)(G).

     IT IS SO ORDERED.

                           /s/Jimm Larry Hendren
                           JIMM LARRY HENDREN
                           UNITED STATES DISTRICT JUDGE